**Opinion issued December 10, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00019-CV

———————————

## BARBARA VAN CAMP DANIELS, Appellant

## V.

## PASADENA INTERFAITH HOUSING FOUNDATION, INC., Appellee

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1134548**

## MEMORANDUM OPINION

Appellant, Barbara Van Camp Daniels, has failed to timely file a brief. *See*

TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of

appellant to file brief). On July 3, 2020, we issued a notice to appellant that the

appeal was subject to dismissal for failing to file a brief. Appellant neither responded

to our notice, nor has a brief been filed. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Hightower.